IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:07cr303-CSC |
| ) | ( 18 U.S.C. 13 and Code of |
| JOE L. THOMPSON, JR.   ) | Alabama, Sec. 13A-9-13.1) |
| ) | |
| ) | **INFORMATION** |
| ) | |

The United States Attorney charges:

### COUNT ONE

On or about the 1st day of October 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, JOE L. THOMPSON, JR. negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 5171, dated 1 October 2006, made payable to the Army and Air Force Exchange Services in the amount of $70.00, drawn on the account of JOE L. THOMPSON, JR., at AmSouth Bank, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

### COUNT TWO

On or about the 1st day of October 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, JOE L. THOMPSON, JR. negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 5173, dated 1 October 2006, made payable to the Army and Air Force Exchange Services in the amount of $264.95, drawn on the account of JOE L. THOMPSON, JR., at AmSouth Bank, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

### COUNT THREE

On or about the 2nd day of October 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, JOE L. THOMPSON, JR. negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 5176, dated 2 October 2006, made payable to the Army and Air Force Exchange Services in the amount of $300.00, drawn on the account of

GWENDOLYN J.JONES, at AmSouth Bank, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT FOUR

On or about the 3rd day of October 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, JOE L. THOMPSON, JR. negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 5177, dated 3 October 2006, made payable to the Army and Air Force Exchange Services in the amount of $300.00, drawn on the account of JOE L. THOMPSON, JR., at AmSouth Bank, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT FIVE

On or about the 8th day of October 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, JOE L. THOMPSON, JR. negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 5178, dated 8 October 2006, made payable to the Army and Air Force Exchange Services in the amount of $300.00, drawn on the account of JOE L. THOMPSON, JR., at AmSouth Bank, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT SIX

On or about the 8th day of October 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, JOE L. THOMPSON, JR. negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 5179, dated 8 October 2006, made payable to the Army and Air Force Exchange Services in the amount of $300.00, drawn on the account of JOE L. THOMPSON, JR., at AmSouth Bank, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

LEURA CANARY
United States Attorney

*/s/ Kent Brunson*
KENT BRUNSON
Assistant United States Attorney
P. O Box 197
Montgomery, AL 36101-0197
Telephone: 334-223-7280
Fax: 334-223-7135

_____
REESE H. HAYS III
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786
Fax:  334-953-2787

STATE OF ALABAMA            )
                            )     **AFFIDAVIT**
COUNTY OF MONTGOMERY        )

The undersigned, being first duly sworn, deposes and says:

    I, ROBERT G. SMITH, was employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. I am currently assigned to Barksdale Air Force Base in Louisiana. On 8 January 2007, I notified the Air Force Office of Special Investigations that JOE L. THOMPSON, JR. had written ten insufficient funds checks at the AAFES Base Exchange located on Maxwell AFB, Alabama. The following checks were returned for insufficient funds:

    1. Check No. 5171, made payable to the Army Air Force Exchange Services, dated 1 October 2006, in the amount of $70.00, signed by JOE L. THOMPSON, JR..

    2. Check No. 5173, made payable to the Army Air Force Exchange Services, dated 1 October 2006, in the amount of $264.95, signed by JOE L. THOMPSON, JR..

    3. Check No. 5176, made payable to the Army Air Force Exchange Services, dated 2 October 2006, in the amount of $300.00, signed by JOE L. THOMPSON, JR..

    4. Check No. 5177, made payable to the Army Air Force Exchange Services, dated 3 October 2006, in the amount of $300.00, signed by JOE L. THOMPSON, JR..

    5. Check No. 5178 made payable to the Army Air Force Exchange Services, dated 8 October 2006, in the amount of $300.00, signed by JOE L. THOMPSON, JR..

    6. Check No. 5179, made payable to the Army Air Force Exchange Services, dated 8 October 2006, in the amount of $300.00, signed by JOE L. THOMPSON, JR..

    The total amount of the checks, including the insufficient funds check fees, written by JOE L. THOMPSON, JR. from 1 October 2006 through 10 October 2006 was $1684.95.

                                                                     _____
                                                                     ROBERT G. SMITH

Subscribed and sworn to before me this 5th day of November, 2007.

                        AUDREY FAYE GRIFFIN
                        Notary Public
                        STATE OF ALABAMA

                                                Notary Public

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS