| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE: March 11, 2008** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 10:06 - 10:10 |

❏ **ARRAIGNMENT**    ❏**CHANGE OF PLEA**    ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**    ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:07cr303-CSC    **DEFENDANT NAME:** Joe L. Thompson, Jr.
**AUSA:**    **DEFENDANT ATTORNEY:**

Type counsel ( )Waived; ( )Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( )NO; ( )YES    Name:

---

❏ This is defendant's **FIRST APPEARANCE. GOVERNMENT'S ORAL MOTION TO CONTINUE**
❏ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
❏ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**    ❏ **Not Guilty**
            ❏ **Guilty as to:**
                ❏ **Count(s):**
                ❏ **Count(s):**        ❏ dismissed on oral motion of USA
                                        ❏ to be dismissed at sentencing

❏ Written plea agreement filed    ❏ **ORDERED SEALED**
❏ **ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.**
❏ CRIMINAL TERM:
        DISCOVERY DISCLOSURE DATE:
❏ **ORAL ORDER that defendant be released and continued under the same conditions previously
        imposed by the U. S. Magistrate Judge.**
❏ **ORAL ORDER remanding** Defendant to the custody of U. S. Marshal.
❏ Rule 44 Hearing:    ❏ Waiver of Conflict of Interest Form executed
                      ❏ Defendant requests time to secure new counsel